## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **TARYL J. HONEYCUTT,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | 1:11-cv-18-GZS |
| | ) | |
| **SOCIAL SECURITY ADMINISTRA-** | ) | |
| **TION COMMISSIONER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 15) filed December 22, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

       /s/ George Z. Singal
       United States District Judge

Dated this 10th day of January, 2012.